STATE of Missouri, Respondent,

v.

John Gary GIBSON, Appellant.

No. WD 34628.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

William E. Erdich, St. Jospeh, for appellant.

Robert B. Paden, Pros. Atty. of Dekalb County, Maysville, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a conviction for driving while intoxicated in violation of § 577.010, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).